FILED

06/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0682

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA 23-0682

_____

IN THE MATTER OF THE GUARDIANSHIP
AND CONSERVATORSHIP OF:

J.F.R.,

   A PROTECTED PERSON AND APPELLANT.
_____

ORDER
_____

   Stephanie Ross, temporary co-guardian of protected person J.F.R., has filed a Motion for Leave to File Brief in Support of Appellant.

   The deadline for Ross to file a brief was April 23, 2024.  No motion for extension was filed, and this matter has now been fully briefed and sent up to the Court for consideration.

   IT IS HEREBY ORDERED that the motion is DENIED.  The Clerk is directed to provide a copy of this Order to all counsel of record.

*ORDER*

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 11 2024